IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE AHAMEFULE,          ) | |
| )                           | |
| Petitioner,            )    | |
| )                           | |
| v.                     )    | Civil Action No. 05-452-J |
| )                           | Judge Gibson |
| JOHN YOST, WARDEN, F.C.I. ) | Magistrate Judge Caiazza |
| LORETTO,                 )  | |
| )                           | |
| Respondent.            )    | |

## MEMORANDUM ORDER

Eugene Ahamefule's Petition for Writ of Habeas Corpus was received by the Clerk of Court on December 14, 2005 and was referred to United States Magistrate Judge Francis X. Caiazza for Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation, filed on March 23, 2006, recommended that the Petition for Writ of Habeas Corpus filed by Eugene Ahamefule be dismissed and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on the Petitioner by First Class United States Mail and on Respondents. Objections were filed by the Petitioner on April 6, 2006. After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 12th day of April, 2006;

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED and that a certificate of appealability

is denied.

The Report and Recommendation of Magistrate Judge Caiazza, dated March 23, 2006, is adopted as the opinion of the court.

					Kim R. Gibson
					U.S. District Court Judge

cc:
Francis X. Caiazza
U.S. Magistrate Judge

Eugene Ahamefule,15270-050
FCI Loretto
P.O. Box 1000
Loretto, PA 15940